UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-cv-61868

ANDRAMEDIA ROBINSON,

       Plaintiff,

v.

CITY OF PLANTATION,

       Defendant.

_____/

**NOTICE OF REMOVAL**

       Defendant, CITY OF PLANTATION ("City"), by and through undersigned counsel and pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, removes this action from the County Court in and for Broward County, Florida, to the United States District Court for the Southern District of Florida and states:

       1.      Plaintiff has sued the City in her Statement of Claim for alleged deprivations of her federally protected rights via 42 U.S.C. § 1981; 42 U.S.C. § 1983; 42 U.S.C. § 1985; 42 U.S.C. § 14141; and 18 U.S.C. §241, 242.

       2.      The first pleading giving rise to a right to remove the action was Plaintiff's Verified Statement of Claim served on Defendant, CITY OF PLANTATION, on July 18, 2016.

       3.      Pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress the alleged deprivation of the Plaintiff's civil rights.

       4.      Pursuant to 28 U.S.C. §1441(a), 28 U.S.C. §1441(b), and 28 U.S.C. §1441(c), this action is properly removable to this Court.

5. A copy of the Verified Statement of Claim together with copies of the papers filed in this proceeding with the Clerk of the Court for the County Court in and for Broward County, Florida, are attached as Exhibit "A."

6. Venue is proper in this Court because the alleged conduct occurred within the Southern District of Florida.

7. Defendant has filed a notice of removal with the Clerk of the Court for the County in and for Broward County, Florida, in accordance with 28 U.S.C. §1446(d).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for City of Plantation**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:   (954) 463-2444


BY:  *s/Christopher J. S*tearns
         E. BRUCE JOHNSON
         Florida Bar Number:  262137
         CHRISTOPHER J. STEARNS
         Florida Bar Number:  557870

## SERVICE LIST

Andramedia Robinson, Pro Se
1245 South Powerline Road #104
Pompano Beach, Florida 33069
(754) 235-8719

---

**CHRISTOPHER J. STEARNS, ESQ.**
**E. BRUCE JOHNSON, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for City of Plantation**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:     (954) 463-0100
Facsimile:     (954) 463-2444
stearns@jambg.com